UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFERY SELESTAN | CIVIL ACTION |
| VERSUS | NO. 10-4251 |
| STATE FARM MUTUAL AUTOMOTIVE INSURANCE COMPANY | SECTION "N" (5) |

## **ORDER AND REASONS**

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed and served eight days prior to the noticed submission date. No memorandum in opposition to the "Motion to Dismiss Plaintiff's Claims" (Rec. Doc. 20), set for hearing on June 15, 2011, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the "Motion to Dismiss Plaintiff's Claims" (Rec. Doc. 20) should be and is hereby **GRANTED**. Thus, Plaintiff's claims are hereby dismissed with prejudice in their entirety.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for

reconsideration.  See Fed. R. Civ. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

    New Orleans, Louisiana, this <u>15th</u> day of <u>June</u> 2011.

                                                **KURT D. ENGELHARDT**
                                                **United States District Judge**